FILED

08/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0126

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Cause No. DA-24-0126

---

## MEL COOK, LOEY KNAPP, JAMES WALTERS, DAVID MCKINLEY, SUSAN EVANS, PAT GRONINGER, TERRI GRONINGER,

Appellee,

vs.

## BERTA'S FARM, LLC, a Montana Limited Liability Company,

Appellant.

---

On Appeal from the Montana Twenty-First Judicial District Court
Ravalli County, Cause No. DV-41-2017-0000455-OC
Before Hon. Jennifer B. Lint

-----------------------------------------------------------------------------------------------------

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS

---

Upon the Unopposed Motion of Defendant/ Appellant Berta's Farm, LLC to dismiss the above-entitled matter, and good cause appearing,

IT IS HEREBY ORDERED that this matter is hereby Dismissed.

**DATED AND ELECTRONICALLY SIGNED BELOW.**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 28 2024